Abisuk SINSAENG, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 13–72420.

United States Court of Appeals, Ninth Circuit.

Argued Nov. 21, 2014.

Submitted Feb. 2, 2015.

Filed March 31, 2016.

Holly Stafford Cooper, Esquire, UC Davis Law School Immigration Law Clinic TB–30, Davis, CA, for Petitioner.

Oil, Aimee J. Carmichael, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: THOMAS, Chief Judge, CHRISTEN, Circuit Judge, and SEABRIGHT,* District Judge.

## MEMORANDUM **

Abisuk Sinsaeng, a native and citizen of Thailand, was convicted of dissuading a victim or witness in violation of Cal.Penal Code § 136.1(b)(1). The Immigration Judge ordered him removed to Thailand, finding his conviction to be an aggravated felony because it is an offense relating to obstruction of justice under 8 U.S.C. § 1101(a)(43)(S). Applying the interpretation of "obstruction of justice" articulated in *In re Valenzuela Gallardo*, 25 I. & N. Dec. 838 (BIA 2012), the Board of Immigration Appeals dismissed Sinsaeng's appeal. Sinsaeng now petitions for review.[1]

We have jurisdiction pursuant to 8 U.S.C. § 1252(a)(2)(D). In light of our decision in *Valenzuela Gallardo v. Lynch*, No. 12–72326, we remand to the Board for either application of the agency interpretation announced in *In re Espinoza–Gonzalez*, 22 I. & N. Dec. 889 (BIA 1999), or consideration of a new construction of 8 U.S.C. § 1101(a)(43)(S).

**PETITION GRANTED IN PART, AND REMANDED.**

* The Honorable J. Michael Seabright, District Judge for the U.S. District Court for the District of Hawaii, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

SEABRIGHT, District Judge, dissenting:

I respectfully dissent for the reasons stated in my dissent from the majority Opinion in *Valenzuela Gallardo v. Lynch*, No. 12–72326.

1. The parties are familiar with the facts, so we do not recount them in detail.